# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROMA CONCRETE CORP. and ROBERT D. SCARDUZIO,**<br><br>v.<br><br>**PENSION ASSOCIATES** | **CIVIL ACTION**<br><br>**NO. 19-1123** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 3rd day of June, 2019, upon consideration of Defendant's Motion to Dismiss (ECF 3) and Plaintiffs' Response thereto (ECF 7), and for the reasons set out in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**, without prejudice, and with leave to amend the Complaint within fourteen (14) days.

        **BY THE COURT:**

        **/s/ Michael M. Baylson**

        _____
        **Michael M. Baylson, U.S.D.J.**