## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROMA CONCRETE CORP.,**<br><br>**v.**<br><br>**PENSION ASSOCIATES** | **CIVIL ACTION**<br><br>**NO. 19-1123** |

### ORDER RE: MOTION TO DISMISS

**AND NOW**, this 6th day of August, 2019, upon consideration of Defendant's Motion to Dismiss (ECF 11) and the Response and Reply thereto (ECF 12, 13), and for the reasons set out in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 19\19-1123 Roma Concrete Corp v Pension\19cv1123 MTD Order 08062019.docx